UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HILMER SCHOENBAUM, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:05CV01108 ERW |
| ) | |
| E.I. DUPONT DE NEMOURS AND ) | |
| COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on Defendant Monsanto Company's Motion for Protective Order [doc. #276]. A hearing was held on December 5, 2008, and the Court heard arguments from the Parties on this Motion. It appears that the Parties may be able to work out agreements limiting the scope of the subpoenas and protecting the confidentiality of this information.

Accordingly,

**IT IS HEREBY ORDERED** that the Parties shall have three days to prepare and submit to the Court a new protective order. Once the Parties have agreed to the new protective order, Defendant Monsanto Company shall disclose the licencing agreements they assert give them standing to contest these subpoenas, and the Parties will then work together to determine if they can agree to a limit on the scope of the subpoenas. If the Parties are unable to work out their disagreements, a hearing will be held by telephone on **Thursday, December 11, 2008** at **10:00 a.m.** Counsel wishing to participate in this status conference shall notify chambers in advance of

this conference. If this status conference is not needed, the Parties shall notify the Court on or before Wednesday, December 10, 2008.

Dated this 5th Day of December, 2008.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE