UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BILLY G. BORCHERT, MARK KEEN, and MIKE CROWELL, on behalf of themselves and all others similarly situated, | Case No. 4:05-CV-1175-ERW *Consolidated with:* |
| Plaintiffs, | Case No. 4:05-CV-1108-ERW |
| | Case No. 4:05-CV-1174-ERW |
| vs. | Case No. 4:05-CV-1190-ERW |
| | Case No. 4:05-CV-1218-ERW |
| | Case No. 4:05-CV-1223-ERW |
| | Case No. 4:05-CV-1229-ERW |
| E.I. DUPONT DE NEMOURS AND COMPANY, PIONEER HI-BRED INTERNATIONAL, INC., and MONSANTO COMPANY, | Case No. 4:05-CV-1230-ERW |
| | Case No. 4:05-CV-1311-ERW |
| | Case No. 4:05-CV-1445-ERW |
| | Case No. 4:05-CV-1478-ERW |
| | Case No. 4:05-CV-1853-ERW |
| Defendants. | Case No. 4:05-CV-2314-ERW |

**STIPULATION AND ORDER OF VOLUNTARY
DISMISSAL AS TO PLAINTIFF MIKE CROWELL**

IT IS STIPULATED AND AGREED, by and between the undersigned attorneys for the parties to the above-captioned action, that the claims of Plaintiff Mike Crowell be, and hereby are, dismissed, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without costs or attorney's fees to any party.

**Dated:** January 6, 2009

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLC

By: /s/ Adam J. Levitt

55 West Monroe Street, Suite 1111
Chicago, Illinois 60603
Tel.: (312) 984-0000
Fax: (312) 984-0001

Daniel W. Krasner
Fred T. Isquith
Scott J. Farrell
**WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP**
270 Madison Avenue
New York, New York  10016
Tel.: (212) 545-4600
Fax: (212) 545-4653

Stephen A. Weiss
Diogenes P. Kekatos
James A. O'Brien III
**SEEGER WEISS LLP**
One William Street
New York, New York  10004
Tel.: (212) 584-0700
Fax: (212) 584-0799

*Plaintiffs' Interim Class Counsel*

Don M. Downing, Bar #41786
**GRAY, RITTER & GRAHAM, P.C.**
701 Market Street, Suite 800
St. Louis, Missouri  63101
Tel.: (314) 241-5620
Fax: (314) 241-4140

*Plaintiffs' Liaison Counsel*

J. Gerard Stranch, IV
**BRANSTETTER, STRANCH &
 JENNINGS, PLLC**
227 Second Avenue North
Nashville, Tennessee  37201
Tel: (615) 254-8801
Fax: (615) 255-5419

*Additional Counsel for Plaintiffs Billy G.
Borchert, Mark Keen, and Mike Crowell*

/s/ Stephen H. Rovak
(signed w/ permission by filing counsel)
Stephen H. Rovak, #4218
Stephen J. O'Brien, #27146
**SONNENSCHEIN NATH &**
 **ROSENTHAL LLP**
One Metropolitan Square, Suite 3000
St. Louis, Missouri 63102
Tel.: (314) 241-1800
Fax: (314) 259-5959

Philip D. Bartz
Donna M. Donlon
Nicholas S. Sloey, Esq.
**MCKENNA LONG & ALDRIDGE LLP**
1900 K Street, N.W.
Washington, DC 2006-1108
Tel.: (202) 496-7500
Fax: (202) 496-7756

Robert N. Weiner
Anthony J. Franze
**ARNOLD & PORTER LLP**
555 Twelfth Street, N.W.
Washington, DC 20004-1206
Tel.: (202) 942-5000
Fax: (202) 942-5999

*Counsel for Defendant Monsanto Company*

/s/ C. David Goerisch
(signed w/ permission by filing counsel)
Andrew Rothschild, #4214
C. David Goerisch, #77207
**LEWIS, RICE & FINGERSH, L.C.**
500 North Broadway, Suite 2000
St. Louis, Missouri 63102
Tel.: (314) 444-7600
Fax: (314) 241-6056

James P. Denvir
Amy J. Mauser
Scott E. Gant
Michael S. Mitchell, Esq.
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Avenue, N.W., Suite 800
Washington, DC 20015
Tel.: (202) 237-2727
Fax: (202) 237-6131

*Counsel for Defendants Pioneer Hi-Bred International, Inc. and E.I. du Pont de Nemours and Company*

IT IS SO ORDERED this 6th day of January 2009.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE

532309