UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HILMER SCHOENBAUM, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) Case No. 4:05CV01108 ERW |
| E.I. DUPONT DE NEMOURS & CO., et al., | ) ) ) ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Agreed Motion for Leave to File an Overlength Memorandum in Support of Plaintiffs' Motion for Preliminary Approval of Settlement with Defendants E.I. DuPont De Nemours and Company and Pioneer Hi-Bred International, Inc., Conditional Certification of Settlement Classes, and Approval of Notice to be Furnished to Settlement Classes [doc. #380]. A telephone status conference was held on July 22, 2009, and the Court heard arguments from the Parties on the briefing schedule that should be utilized for Plaintiff's forthcoming Motion for Preliminary Approval of Settlement.

Accordingly,

**IT IS HEREBY ORDERED** that Agreed Motion for Leave to File an Overlength Memorandum in Support of Plaintiffs' Motion for Preliminary Approval of Settlement with Defendants E.I. DuPont De Nemours and Company and Pioneer Hi-Bred International, Inc., Conditional Certification of Settlement Classes, and Approval of Notice to be Furnished to Settlement Classes [doc. #380] is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Preliminary Approval of Settlement shall be filed on or before July 23, 2009. Defendant Monsanto's Response is due August 18, 2009, and any Reply must be filed on or before September 15, 2009.

Dated this 22nd Day of July, 2009.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE